**DANNY GRACE PLLC**
ATTORNEYS AND COUNSELORS AT LAW

Writer's email: yuting@dannygracepc.com
Writer Admitted in: New York, Illinois, United States District Court for the Southern and Eastern Districts of New York

225 BROADWAY, SUITE 1200
NEW YORK, NY 10007
212.202-2485
718-732-2821 FAX

Hon. Barbara Moses
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2024

**MEMO ENDORSED**

**Re:** *Melissa Minjares v GPG Hospitality, LLC et. al.* 1:24-cv-553– GHW-BCM

Dear Judge Moses:

Plaintiff respectfully requests leave to file her First Amended Complaint. Defendants have consented to Plaintiff's request in accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure and withdraw their Motion to Dismiss Plaintiff's complaint (ECF Nos. 20-22), consistent with this letter application.

Thus, the Parties have agreed as follows, subject to Your Honor's approval: (1) Plaintiff shall file Plaintiff's First Amended Complaint, please see **Exhibits 1** and **2**; (2) Defendants' motion to dismiss the complaint (ECF #20) shall be withdrawn, without prejudice, as moot; and (3) Defendants' deadline to answer, move, or otherwise respond to the amended complaint shall be **July 31, 2024**.

Thank you, Your Honor, for your attention to this matter.

Dated: June 18, 2024

Application GRANTED. Defendants' motion to dismiss at Dkt. 20 is hereby deemed withdrawn. The Clerk of Court is respectfully directed to close the motion at Dkt. 20. SO ORDERED.

*[signature]*

Barbara Moses
United States Magistrate Judge
June 20, 2024

Respectfully submitted,

_____/S/_____

Yuting Li, Esq.
Danny Grace PLLC
225 Broadway, Suite 1200
New York, NY 10007
(212) 202-2485
*Attorneys for Ms. Melissa Minjares*

1

**DANNY GRACE PLLC**
ATTORNEYS AND COUNSELORS AT LAW

Writer's email: yuting@dannygracepc.com
Writer Admitted in: New York, Illinois, United States District Court for the Southern and Eastern Districts of New York

225 BROADWAY, SUITE 1200
NEW YORK, NY 10007
212.202-2485
718-732-2821 FAX

CC: Counsel of Record (by ECF)